IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LIDIA G. BISTRIKA,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,
a private Washington corporation
licensed to do business in Oregon,

    Defendant.

No. 6:11-cv-6158-JR

ORDER

AIKEN, District Judge:

Pro se plaintiff, Lidia Bistrika, brings this action alleging race and national origin discrimination and disability discrimination as well as a host of other related state and federal claim.

After numerous delays related to state court criminal proceedings and appeals, defendant's

1 - ORDER

long-pending motion to dismiss became ripe for a decision. Plaintiff had yet to respond to the motion and, on February 13, 2017, the court ordered plaintiff to file the response by March 15, 2017. Plaintiff failed to respond and, on March 28, 2017, the court ordered plaintiff to show cause, by April 11, 2017, why the motion to dismiss should not be granted and warned plaintiff that a failure to respond would result in dismissal of this action. To date, plaintiff has not responded. Accordingly, this action is dismissed for the reasons stated in defendant's motion to dismiss (#51), for failure to prosecute and for failure to follow a court order.

## CONCLUSION

Defendant's motion to dismiss (#51) is granted and this action is dismissed.

DATED this 18th day of April 2017.

Ann Aiken
United States District Judge